EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Herschel Banks Jr

Debtor(s)

Case No. 06-43114

Chapter 13 Proceedings

Hon. Steven W. Rhodes

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| Fairshare Plus<br>10750 W Charleston #130<br>Las Vegas, NV 89135 | 7 | 19 | CREDITOR UNCLAIMED | 3427826 | $11.58 |
| TOTAL | | | | | $11.58 |

Dated: 4/21/11

Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035